# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MU'MIN ABDULAZIZ/ASKEW,                                                                                PLAINTIFF
ADC #82276

v.                                 2:18CV00027-JLH-JTK

JEREMY ANDREWS, et al.                                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of April, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE